**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA GARZA, | CASE NO. CV F 06-0113 REC LJO |
| Plaintiff, | **NOTICE OF REJECTION OF BRADSHAW PANEL ATTORNEYS** |
| vs. | |
| MIKE JOHANNS, Secretary of the U.S. Department of Agriculture, | |
| Defendant. | |

Pursuant to this Court's February 7, 2006 order, plaintiff Veronica Garza's ("plaintiff's") request for counsel was forwarded to three law firms/attorneys on this Court's *Bradshaw* panel. The *Bradshaw* panel consists of several local attorneys who have indicated to the Court that they are willing to review cases sent to them by the Court to determine if they are willing to represent pro se plaintiffs in their actions. The law firms/attorneys declined to accept plaintiff's case.

This Court is powerless to require an attorney to represent plaintiff in this action. The Court is able only to refer the case to the *Bradshaw* panel. Since no attorney is willing to represent plaintiff, plaintiff is required to represent herself. Plaintiff remains responsible to prosecute this action or to dismiss it. **Plaintiff is admonished that failure to comply with this Court's orders and the clerk's directions, to assist with service of process, and to prosecute this action will result in recommendation to dismiss this action.**

IT IS SO ORDERED.

**Dated:   April 27, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                          UNITED STATES MAGISTRATE JUDGE

1